UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-24752-BLOOM/Louis

WINDY LUCIUS,

    Plaintiff,

v.

K MART CORPORATION,

    Defendant.

_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** is before the Court upon the Notice of Voluntary Dismissal, ECF No. [8] ("Notice"), filed on December 13, 2019. The Court has reviewed the Notice and the record, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice, **ECF No. [8]** is **APPROVED** and **ADOPTED**;

2. The above-styled case is **DISMISSED WITHOUT PREJUDICE**;

3. Each party shall bear its own attorneys' fees and costs;

4. To the extent not otherwise disposed of, all pending motions are denied as **MOOT** and all deadlines are **TERMINATED**;

5. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on December 16, 2019.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Case No. 19-cv-24752-BLOOM/Louis

Copies to:

Counsel of Record